UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WARNER BROS. RECORDS INC., a Delaware
corporation; CAPITOL RECORDS, INC., a
Delaware corporation; UMG RECORDINGS,
INC., a Delaware corporation; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; and BMG MUSIC, a New York
general partnership,

        Plaintiffs,

      -against-

MARIA MALDONADO,

        Defendant.

---

x
:
:
:
:
:  Civil Action No.:
:
:
:
:
:
:
:
:
:
:
x



**07 CV 323**

**JUDGE McMAHON**

RECEIVED
JAN 1 6 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys Robinson & Cole LLP, for their complaint against Defendant, allege:

### JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

**PARTIES**

4.      Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

8.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

9.      Plaintiffs are informed and believe that Defendant is an individual residing in this District.

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

10.      Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11.      Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto,

2

each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13.    Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

15.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

3

16.     As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17.     The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.     For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.     For Plaintiffs' costs in this action.

4

4.     For Plaintiffs' reasonable attorneys' fees incurred herein.

5.     For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      January 16, 2007

By: _____
     Brian E. Moran (BM-8573)
     Richard J. Guida (RG-5147)
     Robinson & Cole LLP
     885 Third Avenue, Suite 2800
     New York, NY 10022-4834
     Telephone: (212) 451-2900
     Fax: (212) 451-2999

# EXHIBIT A

## MARIA MALDONADO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Boney James & Rick Braun | Chain Reaction | Shake It Up | 281-990 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| UMG Recordings, Inc. | Janet Jackson | When I Think of You | Control | 69-529 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | I Need To Know | Marc Anthony | 284-194 |
| BMG Music | Jerry Rivera | Quiero | Rivera | 291-696 |
| BMG Music | The Whispers | And the Beat Goes On | The Whispers | 18-246 |

Log for User at address 68.173.37.75:6352 generated on 11/8/2005 4:24:30 PM EST (-0500 GMT)
Total Files: 737
------------------------------
Total Audio Files: 705
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 10
Total Distinct Matches: 7


FileName: (Phil Perry) - One Heart One Love.mp3 (4,167,680 bytes)
FileName: 01 Amazing Love.m4a (4,344,365 bytes)
FileName: 02 - Say Anything.mp3 (7,840,164 bytes)
FileName: 02 Say Anything.m4a (5,284,350 bytes)
FileName: 03 - Forever.mp3 (7,171,220 bytes)
FileName: 03 After the Love Has Gone Phil Perry Pure Pleasure R&B.mp3 (8,297,175 bytes)
FileName: 04 - Woman.mp3 (8,013,826 bytes)
FileName: 05 - Who Do You Love.mp3 (6,368,739 bytes)
FileName: 05 Who Do You Love.m4a (4,298,955 bytes)
FileName: 06 - More Nights.mp3 (7,050,848 bytes)
FileName: 06 More Nights.m4a (4,738,378 bytes)
FileName: 07 - Call Me.mp3 (6,707,913 bytes)
FileName: 07_Heaven_Phil Perry - Pure Pleasure_Pure Pleasure.mp3 (4,975,525 bytes)
FileName: 09 - The Best of Me.mp3 (6,957,434 bytes)
FileName: 09 The Best of Me.m4a (4,685,676 bytes)
FileName: 10 - God's Gift to the World.mp3 (7,724,180 bytes)
FileName: 10 - You're As Right As Rain - Phil Perry.mp3 (6,449,870 bytes)
FileName: 10 God's Gift to the World.m4a (5,207,184 bytes)
FileName: 11 - Good-Bye.mp3 (5,588,827 bytes)
FileName: 11 Good-Bye.m4a (3,772,114 bytes)
FileName: 16 - Phil Perry - After The Love As Gone - 16.mp3 (7,212,170 bytes)
FileName: after the love has gone - phil perry.mp3 (6,236,160 bytes)
FileName: After the Love Has Gone.mp3 (6,259,988 bytes)
FileName: James Brown - Get Up Offa That Thing .mp3 (3,991,808 bytes)
FileName: James Brown - Get Up Offa That.MP3 (4,004,736 bytes)
FileName: James Brown - Live At The Apollo '62 - 07 - I Don't Mind (1).mp3 (2,369,037 bytes)
FileName: James Brown - Super Freak.mp3 (3,264,512 bytes)
FileName: Lee Ritenour & Phil Perry - I Can't Let You Go.mp3 (4,020,895 bytes)
FileName: Phil Perry & Lee Ritenour - I Once Had Your Love.mp3 (4,111,090 bytes)
FileName: Phil Perry & The Whispers - Pretty Lady.mp3 (4,076,525 bytes)
FileName: Phil Perry & Wendy Moten - Still It's You.mp3 (3,962,880 bytes)
FileName: Phil Perry - Between The Sheets - (Feat Fourplay, Chaka Khan & Philip Bailey).mp3 (6,484,404 bytes)

FileName: phil perry - call me.mp3 (4,456,418 bytes)
FileName: phil perry - do not disturb.mp3 (4,604,032 bytes)
FileName: Phil Perry - Dreaming's Out Of Season (with The Montclairs).mp3 (3,117,644 bytes)
FileName: Phil Perry - Dreamwalkin'.mp3 (5,963,776 bytes)
FileName: Phil Perry - Forever (1).mp3 (4,779,073 bytes)
FileName: Phil Perry - Groove With You.mp3 (4,257,460 bytes)
FileName: Phil Perry - Heaven.mp3 (4,972,965 bytes)
FileName: Phil Perry - Hold On With Your Heart [1988] [Mickleola Music] [Steve Evans Lane Musi - One Heart, One Love.mp3 (4,057,216 bytes)
FileName: Phil Perry - I'm Sorry.mp3 (4,770,407 bytes)
FileName: Phil Perry - If Only You Knew(1).mp3 (5,005,312 bytes)
FileName: Phil Perry - If Only You Knew(3).mp3 (4,359,805 bytes)
FileName: Phil Perry - If Only You Knew.mp3 (5,005,312 bytes)
FileName: phil perry - Living for the Love of You.mp3 (3,971,090 bytes)
FileName: Phil Perry - One Heart One Love.mp3 (4,167,680 bytes)
FileName: Phil Perry - Pure Pleasure - One Touch.mp3 (4,636,839 bytes)
FileName: Phil Perry - The Way That I Want U.mp3 (4,677,885 bytes)
FileName: Phil Perry - Woman.mp3 (4,005,953 bytes)
FileName: Phil Perry - You're As Right As Rain.mp3 (4,300,800 bytes)
FileName: Phil Perry -Love Don't Love Nobody (1).mp3 (7,512,064 bytes)
FileName: Phil Perry -Love Don't Love Nobody(1).mp3 (7,511,562 bytes)
FileName: Phil Perry -Love Don't Love Nobody.mp3 (7,512,064 bytes)
FileName: Sean Paul - We Be Burning.mp3 (4,982,176 bytes)
FileName: Smooth Jazz - Dave Grusin, Lee Ritenour, Chick Corea, Diane Schuur, Tom Scott - Caught A Touch Of Your Love.mp3 (4,752,661 bytes)
FileName: T-3136081-James Brown - Make it Funky.mp3 (122,934 bytes)
FileName: Tom Scott - New York Connection - 04 - Garden.mp3 (8,117,982 bytes)
FileName: 08-50cent_and_g-unit-187_ya_yo-jah.mp3 (5,091,011 bytes)
FileName: 50 Cent - Candy Shop Remix (ft Notorious BIG).mp3 (6,054,810 bytes)
FileName: 50 Cent - Power Of The Dollar - Gun Runners.mp3 (3,141,632 bytes)
FileName: 50 Cent- In Tha Club.mp3 (5,804,086 bytes)
FileName: 50Cent - 14 - Just A Lil Bit.mp3 (3,803,847 bytes)
FileName: 50cent - 50 cent - 21 questions.mp3 (3,598,255 bytes)
FileName: 50Cent - The Massacre - 02 - In My Hood.mp3 (3,698,905 bytes)
FileName: 50Cent ft. Tupac - Many Men (Tu Pac Remix).mp3 (3,631,545 bytes)
FileName: Fat Joe - Lean Back.mp3 (7,981,025 bytes)
FileName: Paul Taylor - 01 - On The Move.mp3 (7,401,630 bytes)
FileName: Paul Taylor - 03 - Long Way Home.mp3 (4,159,198 bytes)
FileName: Paul Taylor - 08 - Hacienda.mp3 (7,764,087 bytes)
FileName: Paul Taylor - Deeper.mp3 (4,914,491 bytes)
FileName: Paul Taylor - Enjoy The Ride(1).mp3 (3,784,704 bytes)
FileName: Paul Taylor - Exotica.mp3 (4,767,744 bytes)
FileName: Paul Taylor - Hypnotic.mp3 (4,440,136 bytes)
FileName: Paul Taylor - Lets Get Out Tonight.mp3 (6,529,950 bytes)
FileName: Paul Taylor - Nightlife(1).mp3 (4,352,128 bytes)
FileName: Paul Taylor - Nightlife.mp3 (3,565,568 bytes)
FileName: Paul Taylor - On The Horn - 10 - Time Is Now.mp3 (5,490,857 bytes)

FileName: Paul Taylor - Pleasure Seekers.mp3 (5,474,190 bytes)
FileName: paul taylor - smooth jazz 98 1 cd sampler - exotica.mp3 (4,767,744 bytes)
FileName: Paul Taylor - Smooth Jazz Sax - Groove Zone.mp3 (6,404,641 bytes)
FileName: paul taylor - steppin out - hacienda.mp3 (4,466,690 bytes)
FileName: paul taylor - Velvet Rope.mp3 (6,378,195 bytes)
FileName: Paul Taylor, Peter White - Come Morning.mp3 (4,528,639 bytes)
FileName: paul taylor02 - East Bay Bounce.mp3 (3,999,744 bytes)
FileName: Paul Taylor03 - Around The Corner.mp3 (4,112,512 bytes)
FileName: Paul Taylor04 - Enjoy The Ride.mp3 (3,794,944 bytes)
FileName: Paul Taylor07 - Candlelight .mp3 (5,730,411 bytes)
FileName: Paul Taylor08 - Don't Wait Up.mp3 (3,631,232 bytes)
FileName: Paul Taylor09 - After Hours.mp3 (4,749,312 bytes)
FileName: Paul Taylor11 - Silk 'N' Lace.mp3 (4,542,464 bytes)
FileName: Paul Taylor13 - Avenue.mp3 (3,836,167 bytes)
FileName: Shyne - For The Record (50 Cent Diss).mp3 (5,104,501 bytes)
FileName: The Massacre - 50Cent - 11 - A Baltimore Love Thing.mp3 (4,127,015 bytes)
FileName: 03-50_cent-candy_shop_(feat_olivia)-(dirty)-mue.mp3 (5,059,232 bytes)
FileName: 14-50_cent-21_questions_feat_nate_dogg-rns (1).mp3 (3,594,415 bytes)
FileName: 50 Cent - Fifty Cent - G-Unit - Follow Me Gangster.mp3 (3,394,960 bytes)
FileName: 50 Cent - Jackin For Jay-Z.mp3 (3,869,935 bytes)
FileName: 50 Cent - You Ain't No Gangsta.mp3 (3,713,278 bytes)
FileName: 50 Cent, G-Unit & Eminem - We on Fire.mp3 (6,866,740 bytes)
FileName: 50 cent- party like it's your birthday.mp3 (5,339,264 bytes)
FileName: 50 CENTS - in the club (dirty).mp3 (5,339,264 bytes)
FileName: 50 Cents - money.mp3 (3,898,946 bytes)
FileName: 50 cents- Lil Kim Suck My Dick.mp3 (5,671,840 bytes)
FileName: 50cent-gunit anthem.mp3 (4,878,545 bytes)
FileName: Eminem - Encore - Fifty Shells f.50 Cent(1).mp3 (3,982,953 bytes)
FileName: Eminem - Encore - Fifty Shells f.50 Cent.mp3 (3,987,040 bytes)
FileName: Eminem fifty cents new Patiently wating REMIX extended version feat. Killa KRES NORTH CAROLINA MIXTAPEZ.mp3 (6,714,062 bytes)
FileName: Fat Joe - Massacre Of Fifty (50 Cent Diss) .mp3 (2,002,808 bytes)
FileName: Fifty Cent & Tony Yayo - So Seductive.mp3 (5,186,500 bytes)
FileName: Fifty Cent - Just A Lil Bit.mp3 (3,806,023 bytes)
FileName: Fifty cent - Just A Little Bit.mp3 (3,808,071 bytes)
FileName: Fifty Cent - Many Men.mp3 (6,150,397 bytes)
FileName: Fifty Cent - Outta Control (Remix Feat Mobb Deep).mp3 (5,146,384 bytes)
FileName: Fifty Cent - Outta Control.mp3 (5,148,257 bytes)
FileName: Fifty Cent - Piggy Bank (Dissing Fat Joe, Jadakiss, Ja Rule, Nas & Kelis).mp3 (4,083,043 bytes)
FileName: Fifty Cent - Twenty One Questions.mp3 (5,413,870 bytes)
FileName: Fifty Cent feat Eminem - We On Fire.mp3 (6,866,996 bytes)
FileName: Fifty Cent feat Olivia - Candy Shop.mp3 (5,666,816 bytes)
FileName: Fifty Cent feat. Eminem - Patiently Waiting .mp3 (6,934,528 bytes)
FileName: fifty Cent feat. Snoop - P.I.M.P. (RMX).mp3 (4,597,219 bytes)
FileName: fifty cent ft. Eminem - patiently waiting .mp3 (6,934,528 bytes)
FileName: fifty Cent ft. Mobb Deep - Outta Control.mp3 (6,008,880 bytes)

FileName: Fifty cent lil kim - Magic Stick.mp3 (7,293,024 bytes)
FileName: Fifty Cent-Outta Control Remix.mp3 (5,144,033 bytes)
FileName: Fifty Cents - Cheating On Me.mp3 (3,594,117 bytes)
FileName: Fifty cents - evil that men do.mp3 (3,617,564 bytes)
FileName: Fifty Cents - Fuck You.mp3 (4,720,188 bytes)
FileName: Fifty Cents - Ghetto Quran (Forgive Me Part 1).MP3 (1,904,768 bytes)
FileName: Fifty Cents - In da club.mp3 (5,290,288 bytes)
FileName: Fifty Cents - Thug Love Remix ft. Eminem and Destineys Child.mp3 (5,765,683 bytes)
FileName: Fifty Cents - Wanksta.mp3 (3,397,633 bytes)
FileName: Fifty Cents ~ Places To Go.mp3 (6,122,811 bytes)
FileName: Fifty Cents ~ Wanksta.mp3 (5,250,697 bytes)
FileName: fifty centt - The Massacre - 05 - Piggybank.mp3 (4,083,794 bytes)
FileName: Fifty(50) Cents- Jay z diss part 2.MP3 (1,163,610 bytes)
FileName: fifty-cent - Hail Mary (Remix) Feat. Busta Rhymes(Ja Rule Diss).mp3 (5,066,501 bytes)
FileName: Fifty-Cent - My Nigga.mp3 (3,476,438 bytes)
FileName: The Game Feat. Fifty Cent - Hate It Or Love It .mp3 (5,102,138 bytes)
FileName: The Game ft. Fifty Cent- How We Do.mp3 (5,858,370 bytes)
FileName: VA - Valentine's Day Massacre - 15 - 50 Cent, Eminem & Banks - Xclusive.mp3 (3,859,239 bytes)
FileName: - Average White Band - Cut The Cake.mp3 (3,952,454 bytes)
FileName: 12 Cut the Cake.m4a (3,516,331 bytes)
FileName: 16 Pick Up The Pieces - Average White Band.mp3 (3,830,083 bytes)
FileName: Average White Band - Cut The Cake.mp3 (3,952,326 bytes)
FileName: Average White Band - Got The Love.mp3 (3,738,045 bytes)
FileName: Average White Band - Pick Up The Peices.mp3 (3,809,680 bytes)
FileName: Average White Band - Pick Up The Pieces (1).mp3 (3,822,364 bytes)
FileName: Average White Band - Pick Up The Pieces.mp3 (4,134,478 bytes)
FileName: Average White Band - Picking up the Pieces.mp3 (3,867,294 bytes)
FileName: Average White Band - School Boy Crush (1).mp3 (4,773,793 bytes)
FileName: Average White Band - School Boy Crush.mp3 (4,780,515 bytes)
FileName: AWB - I Just Can_t Give You Up.mp3 (3,416,871 bytes)
FileName: If I Ever Lose This Heaven.mp3 (6,054,747 bytes)
FileName: The Average White Band - A Love of Your Own.mp3 (13,451,894 bytes)
FileName: The Average White Band - Cloudy [Live].mp3 (3,323,745 bytes)
FileName: The Average White Band - I'm the One [Live].mp3 (4,587,230 bytes)
FileName: The Average White Band - Jungle boogie.mp3 (1,433,600 bytes)
FileName: The Average White Band - Play That Funky Music.mp3 (4,094,153 bytes)
FileName: The Average White Band - Queen of My Soul.mp3 (3,955,281 bytes)
FileName: The Best Disco In Town - Average White Band - Cut The Cake.mp3 (3,940,605 bytes)
FileName: tower of power-Average White Band - Pick Up The Pieces.mp3 (3,837,740 bytes)
FileName: BET AWARDS JAM MASTER JAY TRIBUTE (FET DMC, DJ PREMIER,GRANDMASTER FLASH,KID CAPRI & DJ JAZZY JEFF).rm (9,661,472 bytes)
FileName: Big L & Jay-Z - 7 Minute Freestyle (1).mp3 (5,127,732 bytes)
FileName: Big L Feat. Tupac and Biggie Deadly Combination Remix.mp3 (2,238,299 bytes)
FileName: Black Ivory - Don't Turn Around.mp3 (3,276,426 bytes)
FileName: Black Ivory - Spinning Around.mp3 (5,859,889 bytes)
FileName: Black Ivory - You and I.mp3 (6,791,168 bytes)

FileName: Born To Wander.mp3 (3,219,896 bytes)
FileName: Deltron3030 - Mastermind.mp3 (3,422,208 bytes)
FileName: Earth Wind and Fire - After The Love Is Gone.mp3 (4,407,925 bytes)
FileName: Earth Wind and Fire - Let's Groove Tonight.mp3 (5,420,222 bytes)
FileName: Earth Wind and Fire - September.mp3 (3,461,804 bytes)
FileName: Earth Wind and Fire - Sing a Song.mp3 (3,559,424 bytes)
FileName: Earth Wind And Fire - Thats The Way Of The World.mp3 (5,495,226 bytes)
FileName: Earth Wind and Fire - Would You Mind(1).MP3 (4,207,681 bytes)
FileName: Earth, Wind, and Fire - Reasons.mp3 (4,785,542 bytes)
FileName: Grand Master Flash - Break Dance.mp3 (3,853,165 bytes)
FileName: Grand Master Flash - Beat Street.mp3 (6,843,064 bytes)
FileName: Grand Master flash - Don't push Me cause I'm close to the edge.mp3 (6,338,688 bytes)
FileName: Grand Master Flash - It's Like A Jungle.mp3 (8,634,368 bytes)
FileName: Grand Master Flash - Planet Rock.mp3 (6,150,404 bytes)
FileName: Grand Master Flash - Rappers Delight.mp3 (6,709,376 bytes)
FileName: grand master flash - the message.mp3 (6,271,477 bytes)
FileName: Grand Master Flash - The Roof Is On Fire.mp3 (5,296,796 bytes)
FileName: Grand Master Flash - White Lines.mp3 (7,137,854 bytes)
FileName: Grand Master Flash, Melle Mel, Kurtis Blow - We Funk This Party Out.mp3 (3,352,576 bytes)
FileName: Grand Master Flash- Apache.mp3 (5,917,067 bytes)
FileName: grandmaster flash the roof is on fire (remix).mp3 (6,006,994 bytes)
FileName: Grandmaster Flash & The Furious Five - Flash To The Beat .mp3 (7,823,237 bytes)
FileName: Grandmaster Flash & The Furious Five - Super Rappin' (5.42).mp3 (5,480,448 bytes)
FileName: Grandmaster Flash - The Adventures Of Grandmaster Flash On The Wheels Of Steel.mp3 (6,903,808 bytes)
FileName: Kanye West - Through the Wire.mp3 (3,638,045 bytes)
FileName: Kanye West feat. Jamie Foxx-Gold Digger (Dirty).mp3 (5,052,962 bytes)
FileName: Kayne West - All Falls Down.mp3 (5,661,143 bytes)
FileName: LL Cool J - Around The Way Girl.mp3 (3,866,348 bytes)
FileName: Ma (Long Version).mp3 (16,596,289 bytes)
FileName: OLD SCHOOL HIP HOP - Grand Master Flash - The Message.mp3 (6,271,641 bytes)
FileName: OLD SCHOOL RAP-Grandmaster Flash - Scorpio.MP3 (4,525,890 bytes)
FileName: Rare Earth - Get Ready (Full Version).mp3 (19,735,196 bytes)
FileName: Rare Earth - Get Ready.mp3 (2,647,210 bytes)
FileName: Rare Earth - Hey Big Brother.mp3 (4,521,011 bytes)
FileName: Rare Earth - I Know I'm Losing You.mp3 (4,388,864 bytes)
FileName: Rare Earth - War.mp3 (3,211,536 bytes)
FileName: Rare Earth 02 - Hey, Big Brother [Live].mp3 (7,121,580 bytes)
FileName: Rare Earth-I Just Want to Celebrate.mp3 (4,387,072 bytes)
FileName: Rare Earth_Get Ready (Full Version).mp3 (24,130,249 bytes)
FileName: rick james - P.I.M.P. The S.I.M.P (Featuring Grand Master Flash).mp3 (4,349,952 bytes)
FileName: Tower of Power - Get your feet back on the ground.mp3 (4,669,275 bytes)
FileName: War - Low Rider.mp3 (3,092,897 bytes)
FileName: War - The Cisco Kid.mp3 (5,713,784 bytes)
FileName: Webbie - Savage Life - 17 - U Don't Want That featuring Lil Boosie & Big Head.mp3 (6,017,024 bytes)
FileName: 01 - Marion Meadows - Joyful Times.mp3 (6,735,248 bytes)

FileName: 02 - Joyce Cooling - Take Me There.mp3 (6,045,232 bytes)
FileName: 05-Fred Wesley & The J.B.'s _ I'm Payin' Taxes, What Am I Buyin'.mp3 (13,646,575 bytes)
FileName: 20-fred wesley-four play.mp3 (7,736,692 bytes)
FileName: Best Smooth Jazz Ever - 208 - Joyce Cooling - Mm Mm Good.mp3 (7,449,722 bytes)
FileName: Bob Baldwin_Funkin' For Jamaica - Featuring Tom Browne, Marion Meadows, Tonni Smith, Fred (Freddie V) Vigdor And Gerald Albright.mp3 (6,841,282 bytes)
FileName: Elliot, Richard - Jumpin Off.mp3 (4,678,048 bytes)
FileName: Fred Wesley & JB's - The Grunt (Part 1 &2).mp3 (4,256,016 bytes)
FileName: Fred Wesley & The Horny Horns - Four Play.mp3 (7,734,516 bytes)
FileName: Fred Wesley & The Horny Horns-Peace Fugue.mp3 (10,084,480 bytes)
FileName: FRED WESLEY & The JB's - Pass The Peas.mp3 (3,391,851 bytes)
FileName: Fred Wesley - Funk Unit.mp3 (3,332,389 bytes)
FileName: james brown & fred wesley - funky good time.mp3 (7,414,473 bytes)
FileName: Jazz - Richard Elliott - Candlelight.mp3 (4,467,704 bytes)
FileName: Jazz- Marion Meadows - In Deep - Show Me, Show Me.mp3 (7,146,246 bytes)
FileName: Joyce Cooling & Al Jarreau - Mmm Mmm Good.mp3 (9,906,081 bytes)
FileName: Joyce Cooling - Before Dawn .mp3 (3,864,576 bytes)
FileName: Joyce Cooling - Before Dawn.mp3 (3,864,576 bytes)
FileName: Joyce Cooling - China Basin.mp3 (4,875,413 bytes)
FileName: Joyce Cooling - Don't Mind If I Do.mp3 (3,977,068 bytes)
FileName: Joyce Cooling - Dori.mp3 (4,687,331 bytes)
FileName: Joyce Cooling - Firefly.mp3 (8,658,944 bytes)
FileName: Joyce Cooling - Green Impala.mp3 (4,136,568 bytes)
FileName: Joyce Cooling - Jelly On My Jacket.mp3 (5,227,017 bytes)
FileName: Joyce Cooling - Keep Cool - 01 - Callie.mp3 (4,248,206 bytes)
FileName: Joyce Cooling - Keeping Cool - 00 - Before Dawn.mp3 (4,480,582 bytes)
FileName: Joyce Cooling - Lover's Melody - Jazz.mp3 (5,252,195 bytes)
FileName: Joyce Cooling - Lover's Melody.mp3 (5,256,299 bytes)
FileName: Joyce Cooling - Natural Fact.mp3 (8,457,046 bytes)
FileName: Joyce Cooling - No More Blues(1).mp3 (8,139,188 bytes)
FileName: Joyce Cooling - Simple Kind Of Love.mp3 (3,421,458 bytes)
FileName: Joyce Cooling - Sleight Of Hand.mp3 (3,737,219 bytes)
FileName: Joyce Cooling - Take Me There.mp3 (6,066,317 bytes)
FileName: Joyce Cooling - The Wizard.mp3 (7,476,208 bytes)
FileName: Joyce Cooling - Third Wish - 09 - Whenever The Rain Falls.mp3 (6,232,192 bytes)
FileName: Joyce Cooling - Third Wish - Tamba.mp3 (5,089,993 bytes)
FileName: Joyce Cooling - This Girl's Got to Play - 01 - Expression.mp3 (4,088,187 bytes)
FileName: Joyce Cooling - This Girl's Got To Play - 02 - Take Me There.mp3 (6,398,594 bytes)
FileName: Joyce Cooling - This Girl's Got To Play - 04 - No More Blues.mp3 (5,407,224 bytes)
FileName: Joyce Cooling ~ Daddy-o.mp3 (5,940,984 bytes)
FileName: Joyce Cooling ~ Third Wish ~ Third Wish.mp3 (9,029,023 bytes)
FileName: Lynn Collins - Take Me Just As I Am (1973) - with Lynn Collins, Fred Wesley, Maceo Parker.mp3 (3,401,728 bytes)
FileName: Maceo Parker and Fred Wesley - Rare Groove.mp3 (11,232,076 bytes)
FileName: Marion Meadows & Will Downing - Come Back To Me (1).mp3 (5,371,151 bytes)
FileName: Marion Meadows & Will Downing - Come Back To Me.mp3 (5,374,080 bytes)
FileName: Marion Meadows - Soul Food.mp3 (8,516,014 bytes)

FileName: Marion Meadows - 09 - Sweet Little Cleverups.mp3 (3,772,878 bytes)
FileName: Marion Meadows - A Winter's Solstice VI - 01 - Joyful Times.mp3 (8,077,983 bytes)
FileName: marion meadows - between the sheets (2).mp3 (4,308,869 bytes)
FileName: Marion Meadows - Between The Sheets.mp3 (4,312,965 bytes)
FileName: Marion Meadows - For Lovers Only.mp3 (3,407,872 bytes)
FileName: Marion Meadows - In Deep - 06 - Don't Wanna Know.mp3 (6,608,682 bytes)
FileName: Marion Meadows - In Deep - 13 - Tales Of A Gypsy Reprise.mp3 (4,674,721 bytes)
FileName: Marion Meadows - In Deep - Is That You.mp3 (8,701,581 bytes)
FileName: Marion Meadows - In Effect.mp3 (3,679,172 bytes)
FileName: MARION MEADOWS - JUST IN TIME.MP3 (4,593,664 bytes)
FileName: Marion Meadows - Keep It Right There.mp3 (4,878,223 bytes)
FileName: Marion Meadows - Passion.mp3 (6,947,633 bytes)
FileName: Marion Meadows - Players Club - 02 - Sweet Grapes(1).mp3 (7,918,094 bytes)
FileName: Marion Meadows - Players Club - 03 - Wishing On A Star.mp3 (8,569,950 bytes)
FileName: Marion Meadows - Players Club - 04 - The First Time.mp3 (7,668,045 bytes)
FileName: Marion Meadows - Players Club - 06 - Suede.mp3 (8,137,438 bytes)
FileName: Marion Meadows - Players Club - 10 - Deska.MP3 (12,273,417 bytes)
FileName: Marion Meadows - Players Club - 11 - After 6-00.mp3 (9,635,968 bytes)
FileName: Marion Meadows - Players Club - After 6-00.mp3 (9,635,968 bytes)
FileName: Marion Meadows - Pleasure - 02 - Get Away.mp3 (5,151,407 bytes)
FileName: Marion Meadows - Smooth Jazz Saxuality - Just for Kicks - 01.mp3 (4,975,519 bytes)
FileName: Marion Meadows - Sweet Grapes.mp3 (3,847,180 bytes)
FileName: Marion Meadows - Treasures.mp3 (7,107,836 bytes)
FileName: Marion Meadows -Yeah Baby.mp3 (3,946,875 bytes)
FileName: Marion Meadows f.Gene Rice & Angela Bofill - Love Was Never.mp3 (4,868,874 bytes)
FileName: Marion Meadows f.mp3 (4,876,298 bytes)
FileName: Peter White n Richard Elliott- In The Groove.mp3 (4,114,432 bytes)
FileName: Richard Elliot - Camelia.mp3 (9,895,936 bytes)
FileName: Richard Elliot - Coastline.mp3 (11,003,904 bytes)
FileName: Richard Elliot - Mango Tango.mp3 (6,312,477 bytes)
FileName: Richard Elliot - Metro Blue - 01- Inside Out.mp3 (7,927,013 bytes)
FileName: richard elliot - metro blue - 06 - chill bill.mp3 (5,761,863 bytes)
FileName: Richard Elliot - Your Secret Love.mp3 (4,022,059 bytes)
FileName: Richard Elliot- Rendezvous.mp3 (6,274,448 bytes)
FileName: Richard Elliott - After Dark.mp3 (4,209,900 bytes)
FileName: Richard Elliott - By The Fire.mp3 (4,039,157 bytes)
FileName: Richard Elliott - Chill Factor - Who.mp3 (4,128,768 bytes)
FileName: Richard Elliott - Corner Pocket.mp3 (5,126,523 bytes)
FileName: Richard Elliott - Crush.mp3 (3,530,238 bytes)
FileName: Richard Elliott - Sea Breeze.mp3 (3,766,786 bytes)
FileName: Richard Elliott - Sweat.mp3 (4,386,816 bytes)
FileName: richard elliott, w-bobby caldwell - in the name of love.mp3 (4,523,787 bytes)
FileName: Richard Elliott- Jumpin' Off.mp3 (4,679,072 bytes)
FileName: Richard Elliott-Brian Bromberg - Oasis Smooth Jazz Compilation - Relentless.mp3 (6,721,705 bytes)
FileName: SMOOTH JAZZ - Marion Meadows - Next To You - Look Inside.mp3 (4,544,948 bytes)

FileName: Suede- Marion Meadows.mp3 (5,134,429 bytes)
FileName: Will Dowing, Chante Moore -When You Love Me.mp3 (4,915,200 bytes)
FileName: Will Downing & Marion Meadows- Come Back To Me.mp3 (5,371,535 bytes)
FileName: Will Downing & Marion Meadows- Come.mp3 (5,371,535 bytes)
FileName: Dr Dre ft Scarface, Ice Cube & the Getto Boys - Trigga Happy Player 2001 (Unreleased).mp3 (2,738,159 bytes)
FileName: getto boys - Assassins.mp3 (4,938,315 bytes)
FileName: Getto Boys - Balls & My Word.mp3 (3,653,632 bytes)
FileName: Getto Boys - Chucky.mp3 (3,649,536 bytes)
FileName: Getto Boys - Damn it Feels Good To Be a Gangsta (Office Space Soundtrack).mp3 (4,949,728 bytes)
FileName: Getto Boys - Damn It Feels Good to be a Gangster.mp3 (4,944,256 bytes)
FileName: Getto Boys - Die Mother Fuckers (Office Space Soundtrack).mp3 (3,117,056 bytes)
FileName: Getto Boys - Gangsta Boogie.mp3 (5,189,339 bytes)
FileName: Getto Boys - Gangster of Love.mp3 (5,187,712 bytes)
FileName: getto boys - ganster of love.mp3 (5,465,558 bytes)
FileName: Getto Boys - Gota Let Your Nuts Hang.mp3 (4,020,224 bytes)
FileName: Getto Boys - Mind Of A Lunatic.mp3 (4,042,821 bytes)
FileName: getto boys - Mr Scarface Part 1.mp3 (4,643,526 bytes)
FileName: Getto Boys - My Minds Playing Tricks On Me.mp3 (4,976,768 bytes)
FileName: Getto Boys - Office Space - Die Mother Fuckers.mp3 (3,059,832 bytes)
FileName: Getto Boys - Scarface.mp3 (4,902,856 bytes)
FileName: Getto Boys - Six Feet Deep.mp3 (5,190,345 bytes)
FileName: Getto Boys - Still.mp3 (3,895,992 bytes)
FileName: Getto Boys - Straight Gangsterism.mp3 (4,249,600 bytes)
FileName: Getto Boys - This Dick is for You(1).mp3 (5,323,484 bytes)
FileName: Getto Boys featuring Flaj - The World Is A Ghetto.mp3 (4,122,624 bytes)
FileName: Getto Boys- Size Aint Shit.mp3 (1,910,849 bytes)
FileName: Getto Boys-Let A Ho Be A Ho.mp3 (4,379,671 bytes)
FileName: Getto Boys-Size Ain't Shit.mp3 (3,533,392 bytes)
FileName: Getto Boys-Yes Yes Y'all (Dirty).mp3 (5,446,498 bytes)
FileName: (80's slow jams) janet jackson - lets wait awhile.mp3 (3,922,048 bytes)
FileName: 90's - Janet Jackson and Shaggy - Ooh Boy I Love You So.mp3 (5,707,776 bytes)
FileName: Beanie Man f. Janet Jackson - Feel It Boy.MP3 (3,272,704 bytes)
FileName: Bell Biv DeVoe - Janet Jackson - Luther Vandross - Ralph Tresvant - The Best Things in Life Are Free.mp3 (4,428,197 bytes)
FileName: Blackstreet F Janet Jackson & Ja Rule - Girlfriend Boyfriend.mp3 (5,820,182 bytes)
FileName: Busta Rymes feat. Janet Jackson - What's It Gonna Be!.mp3 (5,190,339 bytes)
FileName: chingy feat janet jackson - just me and you.mp3 (6,917,210 bytes)
FileName: Chingy ft Janet Jackson - Don't Worry.mp3 (6,375,424 bytes)
FileName: Chingy_Feat_Janet_Jackson-Dont_Worry.mp3 (6,375,424 bytes)
FileName: Janet Jackson - All For You.mp3 (4,216,704 bytes)
FileName: Janet Jackson - All for you - 09 - would you mind.mp3 (5,313,993 bytes)
FileName: Janet Jackson - Control.mp3 (2,797,952 bytes)
FileName: Janet Jackson - Damita Jo - 03 Sexhibition.mp3 (4,317,515 bytes)
FileName: janet jackson - doesn't really matter.wma (4,168,630 bytes)
FileName: Janet Jackson - Go Deep.mp3 (4,501,578 bytes)
FileName: Janet Jackson - I Want You - Damita Jo - 12.mp3 (3,312,772 bytes)

FileName: Janet Jackson - I Want You.mp3 (9,162,704 bytes)
FileName: Janet Jackson - If I Was Your Girl.mp3 (4,326,896 bytes)
FileName: Janet Jackson - If.mp3 (4,464,328 bytes)
FileName: Janet Jackson - It's All For You.mp3 (4,216,808 bytes)
FileName: Janet Jackson - Just a little while (New Single).mp3 (6,066,176 bytes)
FileName: Janet Jackson - Nasty Boys.mp3 (3,898,237 bytes)
FileName: Janet Jackson - Nasty.mp3 (5,845,154 bytes)
FileName: Janet Jackson - Rhythm Nation.mp3 (5,296,559 bytes)
FileName: Janet Jackson - Together again (Dance Club Remix).mp3 (5,363,712 bytes)
FileName: Janet Jackson - Together Again.mp3 (4,852,466 bytes)
FileName: Janet Jackson - When I Think Of You.mp3 (3,802,652 bytes)
FileName: Janet Jackson - Would you mind.mp3 (3,891,456 bytes)
FileName: Janet Jackson All For You - Someone To Call My Lover.mp3 (4,359,792 bytes)
FileName: Janet Jackson f- Blackstreet - I Get So Lonely (Remix).mp3 (5,001,006 bytes)
FileName: Janet jackson icon - Lets Wait Awhile.mp3 (4,812,928 bytes)
FileName: Janet jackson- all 4 u.mp3 (3,231,869 bytes)
FileName: Janet Jackson- Strawberry Bounce.mp3 (5,085,677 bytes)
FileName: janet_jackson_90s.jpg (3,062 bytes)
FileName: Michael & Janet Jackson - Scream.mp3 (4,441,522 bytes)
FileName: michael jackson and janet jackson - scream.mp3 (4,147,584 bytes)
FileName: Preview-T-3864905-Janet Jackson - Got Till Its Gone.mp3 (68,607 bytes)
FileName: Preview-T-4023486-Janet Jackson - Love Me Just A Little While.mp3 (271,669 bytes)
FileName: Preview-T-4277217-Janet Jackson - That's The Way Love Goes.mp3 (352,131 bytes)
FileName: Preview-T-4499456-Janet Jackson - Go Deep.mp3 (2,593,133 bytes)
FileName: Preview-T-4852210-Janet Jackson - Together Again.mp3 (276,779 bytes)
FileName: Preview-T-6541832-Busta Rhymes and Janet Jackson - What's It Gonna Be.mp3 (4,998,263 bytes)
FileName: Shaggy & Janet Jackson - Mr. Lover.mp3 (7,130,520 bytes)
FileName: Shaggy featuring Janet Jackson - Ooh Boy I Love you So.mp3 (5,709,032 bytes)
FileName: Slow Jams - Janet Jackson - Anytime, Anyplace (R.Kelly Remix).mp3 (3,764,224 bytes)
FileName: 007 - 07 - Dreaming Of You.MP3 (3,749,556 bytes)
FileName: 01 Car Wash 2000.wma (3,764,577 bytes)
FileName: 010 - 10 - Touch Me.MP3 (5,550,542 bytes)
FileName: 02 Kisses In The Rain.wma (4,439,875 bytes)
FileName: 02 Say What (2).mp3 (7,075,926 bytes)
FileName: 03 Dreaming.wma (2,089,625 bytes)
FileName: 05 - Fred Wesley & The Horny Horns - Four Play.mp3 (14,692,040 bytes)
FileName: 05 Fourplay, Rick Braun, Boney.mp3 (9,098,008 bytes)
FileName: 05 Theme From The Crusader.wma (1,237,083 bytes)
FileName: 05 Your World.wma (4,374,123 bytes)
FileName: 07 One For The Girls.wma (4,392,065 bytes)
FileName: 07 Serpentine Fire.mp3 (6,017,026 bytes)
FileName: 07 Too Late.wma (1,741,389 bytes)
FileName: 08 - Fred Wesley & The Horny Horns - Four Play (New Remix).mp3 (12,911,198 bytes)
FileName: 09 - Rick Braun - Over The Rainbow.mp3 (2,889,728 bytes)
FileName: 09 Stand Up.wma (2,053,601 bytes)

FileName: 11 So Nice.wma (2,308,769 bytes)
FileName: 19 I'm Your Puppet.mp3 (4,345,576 bytes)
FileName: Al Jarreau, David Sanborn Bob James - Since I Fell For You.mp3 (5,595,603 bytes)
FileName: Bob James & Earl Klugh - Movin' On (2).mp3 (6,699,346 bytes)
FileName: Boney James & Rick Braun - It's All Good.mp3 (5,036,792 bytes)
FileName: Boney James & Rick Braun - Chain Reaction.mp3 (4,886,743 bytes)
FileName: Boney James & Rick Braun - Grazin In The Grass.mp3 (4,306,513 bytes)
FileName: Boney James & Rick Braun - Grazing In The Grass.mp3 (4,306,583 bytes)
FileName: Boney James & Rick Braun - Love's Like That (Featuring Fourplay).mp3 (6,431,892 bytes)
FileName: Boney James & Rick Braun - Shake It Up - Love's Like That (Feat. Fourplay).mp3 (6,431,636 bytes)
FileName: Brian Culbertson - City Lights.mp3 (5,455,872 bytes)
FileName: Brian Culbertson - Funky Jazz Party.mp3 (4,410,945 bytes)
FileName: brian culbertson - GET IT ON.mp3 (2,046,811 bytes)
FileName: Brian Culbertson - It's on Tonight - 04 - Sensuality.MP3 (6,284,478 bytes)
FileName: Brian Culbertson - Secret Garden.mp3 (7,680,884 bytes)
FileName: Brian Culbertson - When I Think of You.mp3 (4,538,548 bytes)
FileName: Brian Culbertson - Without Your Love (smooth).mp3 (4,657,797 bytes)
FileName: brian culbertson - you're the one.mp3 (4,614,645 bytes)
FileName: Crusaders & Bobby Caldwell - Fools Rush In.mp3 (3,540,994 bytes)
FileName: Crusaders & Keb Mo - Red Beans and Rice.mp3 (6,024,003 bytes)
FileName: Crusaders - Mercy, Mercy, Mercy.mp3 (7,422,981 bytes)
FileName: Crusaders - Rhapsody And Blues (1).mp3 (8,478,806 bytes)
FileName: Crusaders - Spanish Harlem.mp3 (6,757,624 bytes)
FileName: Cubano Jazz-Poncho Sanchez - Featuring Wilton Felder & Wayne Henderson of The Jazz Crusaders - Transdance.mp3 (5,216,265 bytes)
FileName: David Sanborn - Imogene.MP3 (5,244,928 bytes)
FileName: David Sanborn - Slam.mp3 (4,044,311 bytes)
FileName: David Sanborn - Smoke Gets In Your Eyes.mp3 (5,483,384 bytes)
FileName: David Sanborn.... Soul Serenade .mp3 (3,097,538 bytes)
FileName: David Sanborn_Chicago Song.mp3 (6,258,688 bytes)
FileName: Enigma - Modern Crusaders.mp3 (5,390,175 bytes)
FileName: Fourplay & El Debarge - Sexual Healing.mp3 (5,230,592 bytes)
FileName: Fourplay - - Rain Forest.mp3 (4,389,033 bytes)
FileName: Fourplay - Between the sheets.mp3 (6,495,760 bytes)
FileName: Fourplay - Play Lady Play.mp3 (4,448,256 bytes)
FileName: Fourplay - Sexual Healing.mp3 (5,230,592 bytes)
FileName: Fourplay- BETWEEN THE SHEETS.mp3 (3,794,367 bytes)
FileName: Freestyle Latin Hits Vol. 3 - I Used To (Funky Melody Mix)-Natalie.mp3 (3,997,840 bytes)
FileName: Groovis.mp3 (6,636,609 bytes)
FileName: Jazz Piano - Crusaders & Joe Sample - Nica's Dream.mp3 (5,082,836 bytes)
FileName: John Cale with Richard Thompson, David Sanborn and others - Heartbreak Hotel (live).mp3 (5,197,258 bytes)
FileName: Kenny G - At Last...The Duets - 06 - Pick Up The Pieces (David Sanborn).wav (1,532,652 bytes)
FileName: Kirk Whalum & George Duke - Watermelon Man.mp3 (9,109,632 bytes)
FileName: Kofi - Harlem Nocturne.mp3 (5,470,001 bytes)
FileName: Les McCann & The Jazz Crusaders - All Blue.mp3 (6,333,861 bytes)
FileName: Michael Brecker & David Sanborn - Sedity.mp3 (4,630,569 bytes)

FileName: Michael Franks & The Yellow Jackets - The Dream.mp3 (4,894,720 bytes)
FileName: new york ska jazz ensemble - The Crusaders.mp3 (4,589,572 bytes)
FileName: Night Walk.mp3 (6,439,431 bytes)
FileName: Poncho Sanchez - Featuring Wilton Felder & Wayne Henderson of The Jazz Crusaders - Latin Bit(3).mp3 (3,681,859 bytes)
FileName: Randy Crawford & The Crusaders - Streetlife.mp3 (4,667,928 bytes)
FileName: Randy Crawford and Crusaders- Street Life long version Mp3.mp3 (16,167,498 bytes)
FileName: Rick Braun & Boney James - Body And Soul - Notorious.mp3 (4,365,257 bytes)
FileName: Rick Braun - Esperanto - 03 - Daddy-O~~.mp3 (4,659,495 bytes)
FileName: Rick Braun - Latinesque.mp3 (4,532,273 bytes)
FileName: Rick Braun, Regina Belle & George Duke - Just The Two Of Us.mp3 (5,272,521 bytes)
FileName: Smooth Jazz - Fourplay, Rick Braun, Boney James, Kirk Whalum & George Duke Watermelon Man(2).mp3 (9,101,848 bytes)
FileName: Smooth Jazz - Al Jarreau David Sanborn & Bob James - Since I Fell For You(2).mp3 (5,599,443 bytes)
FileName: Smooth JAZZ - David Sanborn - Stormy (jazz Instrumental).mp3 (2,187,520 bytes)
FileName: Smooth Jazz - Sting & David Sanborne - Aint No Sunshine When Shes Gone.mp3 (5,907,027 bytes)
FileName: Smooth Jazz 1 - Sax - David Sanborn - Try A Little Tenderness(1).mp3 (8,702,474 bytes)
FileName: Spyra Gyra - Jeepers Creepers.mp3 (4,849,792 bytes)
FileName: Spyra Gyra- Morning Dance.mp3 (3,875,377 bytes)
FileName: Sting & David Sanborn - Ain't No Sunshine.mp3.mp3 (5,933,139 bytes)
FileName: Sting with David Sanborn - Aint no sunshine.mp3 (5,894,556 bytes)
FileName: Take 6 & Yellow Jackets - Revelation.mp3 (6,138,114 bytes)
FileName: The Crusaders - Classic Jazz-Funk 2 - Keep That Same Old Feeling.mp3 (5,335,173 bytes)
FileName: The Yellow Jackets & Michael Franks - The Dream.MP3 (4,894,720 bytes)
FileName: The Yellowjackets - Oz.mp3 (4,605,283 bytes)
FileName: Without Your Love.mp3 (4,946,191 bytes)
FileName: Yellow Jackets - 3 The Dream.mp3 (4,931,048 bytes)
FileName: Yellow Jackets - City Of Lights.mp3 (6,702,828 bytes)
FileName: Yellow Jackets - dreamland.mp3 (6,961,306 bytes)
FileName: Yellow jackets - jazz-fusion.mp3 (5,857,983 bytes)
FileName: Yellow Jackets - Man In The Moon.mp3 (5,497,938 bytes)
FileName: yellow jackets - Rush hour.mp3 (5,096,314 bytes)
FileName: yellow jackets - savanna.mp3 (8,585,344 bytes)
FileName: Yellow Jackets - summer song.mp3 (7,996,419 bytes)
FileName: Yellow Jackets - The chosen.mp3 (6,001,917 bytes)
FileName: Yellow Jackets - The Spin.mp3 (4,591,785 bytes)
FileName: Yellow Jackets - Theme from Il Postino (1).mp3 (4,561,582 bytes)
FileName: Yellow jackets with Larry carlton - Room 335.mp3 (8,753,197 bytes)
FileName: Yellowjackets - Goin' Home (1).mp3 (5,419,856 bytes)
FileName: Yellowjackets - Homecoming.mp3 (5,359,968 bytes)
FileName: Yellowjackets - Spirit Of The West.mp3 (6,201,323 bytes)
FileName: Yellowjackets_-_Greenhouse.mp3 (3,452,144 bytes)
FileName: 09 I Just Can't Give You Up.mp3 (6,121,710 bytes)
FileName: 2 Pac - I Wonder If Heaven Got A Ghetto (Hip Hop).mp3 (4,489,137 bytes)
FileName: 2 pac - To Live and Die in LA.mp3 (4,376,834 bytes)
FileName: 2 pac - tupac - Hit em up.mp3 (5,058,894 bytes)
FileName: 2 PAC - Tupac Shakur - Keep Ya Head Up.mp3 (5,287,776 bytes)

FileName: 2pac - Shed So Many Tears.mp3 (3,635,890 bytes)
FileName: 2PAC - Tupac - Smoke weed all day.mp3 (4,061,440 bytes)
FileName: 2pac-hailmary.mp3 (2,179,594 bytes)
FileName: 50 Cent - The Massacre - 09 - Get In My Car.mp3 (6,395,813 bytes)
FileName: A Heartwell Ending - How It Feals To Be Alone.mp3 (2,601,046 bytes)
FileName: A Heartwell Ending - If Looks Could Kill.mp3 (3,830,936 bytes)
FileName: A Heartwell Ending - Slit your Wrists and Pray.mp3 (2,622,498 bytes)
FileName: All American Rejects - The Last Song.mp3 (4,805,533 bytes)
FileName: Apologize.wma (4,210,238 bytes)
FileName: Biggie - Give Me The Loot.mp3 (4,858,484 bytes)
FileName: Biggie - Ready To Die - One More Chance.mp3 (4,514,400 bytes)
FileName: biggie smalls - Long Kiss Goodnight.mp3 (5,099,606 bytes)
FileName: biggie smalls - My Downfall.mp3 (5,230,265 bytes)
FileName: Biggy smalls - Juicy .mp3 (4,843,804 bytes)
FileName: Block Party - So Here We Are.mp3 (4,078,021 bytes)
FileName: Bone Thugs N Harmony f. Tupac - Thug Love.mp3 (3,252,608 bytes)
FileName: Boys Night Out - Composing.mp3 (7,740,018 bytes)
FileName: Boys Night Out - I Got Punched In The Nose For Sticking My Face In Other Peoples Business.mp3 (4,440,122 bytes)
FileName: Boys Night Out - Relapsing.mp3 (5,714,663 bytes)
FileName: Brand new - Sic transit gloria glory fades.mp3 (4,550,093 bytes)
FileName: Brand New - The Quiet Things That No One Ever Knows.mp3 (5,943,296 bytes)
FileName: Cassidy feat. The Game - aim ya guns.mp3 (6,205,502 bytes)
FileName: Circa Survive- Act Appalled.mp3 (4,891,744 bytes)
FileName: Copy of 2 Pac - I Wonder If Heaven Got A Ghetto (Hip Hop).mp3 (4,488,881 bytes)
FileName: Copy of 2PAC - Tupac - Smoke weed all day.mp3 (4,061,184 bytes)
FileName: Copy of Tupac - Fuck The World.mp3 (4,061,312 bytes)
FileName: Copy of Tupac - I Get Around.mp3 (4,156,238 bytes)
FileName: Copy of Tupac - Lil Homies.mp3 (3,616,148 bytes)
FileName: Copy of Tupac - Shorty Wanna Be A Thug.mp3 (3,700,736 bytes)
FileName: Crime Mob - Come And Get Some.mp3 (3,534,767 bytes)
FileName: Crime Mob - Ellenwood Area.mp3 (5,531,775 bytes)
FileName: Crime Mobb - I'll beat yo ass.mp3 (2,421,816 bytes)
FileName: CrimeMob- Be about It.mp3 (5,279,124 bytes)
FileName: CrimeMob-Ellenwood Area.MP3 (3,721,216 bytes)
FileName: crimemob-stilettos.mp3 (4,957,797 bytes)
FileName: Daphne Loves Derby - Part of my Past.mp3 (2,646,144 bytes)
FileName: Daphne Loves Derby - The Longest Story.mp3 (4,123,314 bytes)
FileName: Daphne Loves Derby - The Wonder Years.mp3 (4,556,737 bytes)
FileName: Dashboard Confessionals - Screaming Infidelities.mp3 (3,442,688 bytes)
FileName: Dr. Dre - The Chronic -16- Bitches Ain't Shit (feat Snoop Dogg, Dat Nigga Daz, Kurupt, Jewell).mp3 (4,594,052 bytes)
FileName: Early November, The - Every Nights Another Story (Acoustic).mp3 (2,572,416 bytes)
FileName: Emery - Walls.mp3 (3,260,884 bytes)
FileName: further seems forever - the sound.mp3 (3,537,991 bytes)
FileName: Greeley Estates - Outside Of This.mp3 (3,063,906 bytes)
FileName: Greeley Estates - Through Waiting.mp3 (3,243,228 bytes)

FileName: GROSS pregant girl about to give birth getting fucked (daphne loves teddy).wmv (1,046,301 bytes)
FileName: Kanye West - Late Registration - Niggas Gossip.mp3 (5,660,377 bytes)
FileName: kanye west - late registration - wow.mp3 (3,491,336 bytes)
FileName: Kayne West - Diamonds DIRTY.mp3 (3,837,564 bytes)
FileName: Kayne West - Diamonds.mp3 (3,841,379 bytes)
FileName: Kayne West f Murphy Lee - Drop Dead Gorgeous.mp3 (3,239,775 bytes)
FileName: Lil Wayne & Young Money - Knuck If You Buck Freestyle.mp3 (4,306,591 bytes)
FileName: Notorious BIG - Juicy.mp3 (4,843,695 bytes)
FileName: notorious Biggy Smalls - True Player.mp3 (4,045,502 bytes)
FileName: Panic At_The_Disco - Boys Will Be Boys.mp3 (5,740,636 bytes)
FileName: Panic At The Disco - Camisado.mp3 (5,523,816 bytes)
FileName: panic at the disco - nails for breakfast and tacks for snacks.mp3 (5,607,552 bytes)
FileName: Panic! At the Disco - Relax, Relapse.mp3 (5,523,584 bytes)
FileName: shiny toy guns - don't cry out.mp3 (4,078,532 bytes)
FileName: Shiny Toy Guns - I Promise You Walls.mp3 (4,024,777 bytes)
FileName: shiny toy guns - shaken.mp3 (809,516 bytes)
FileName: Shiny Toy Guns - When They Came For Us.mp3 (5,449,187 bytes)
FileName: Shyne - Godfather.mp3 (5,146,108 bytes)
FileName: Shyne - That's Gangsta.mp3 (4,896,018 bytes)
FileName: Shyne-Bad Boyz.mp3 (5,222,882 bytes)
FileName: Snoop Doggy Dogg - Gin and Juice.mp3 (3,389,693 bytes)
FileName: Story Of The Year - Untill The Day I die.mp3 (5,812,157 bytes)
FileName: Taking back Sunday - Cute Without The E .mp3 (3,423,341 bytes)
FileName: Taking Back Sunday - You're So Last Summer.mp3 (4,308,101 bytes)
FileName: Tatu - All The Things She Said.mp3 (3,438,592 bytes)
FileName: The Academy Is- Classifieds.mp3 (4,059,136 bytes)
FileName: The All American Rejects - Time Stands Still.mp3 (3,349,819 bytes)
FileName: The Early November - Baby Blue.mp3 (3,554,997 bytes)
FileName: The Early November - Sunday Drive.mp3 (4,677,555 bytes)
FileName: The Starting Line - Cheek To Cheek.mp3 (4,210,816 bytes)
FileName: The Starting Line - Leaving.mp3 (3,374,986 bytes)
FileName: the stiletto formal- mistress and the matador.mp3 (8,165,758 bytes)
FileName: Thrice - Stare at the sun.mp3 (4,879,785 bytes)
FileName: Tupac & Dr Dre - California love.mp3 (3,862,276 bytes)
FileName: Tupac - Ambitions As A Rider.mp3 (4,458,496 bytes)
FileName: Tupac - Better Dayz - Still Ballin.mp3 (4,015,396 bytes)
FileName: Tupac - Brenda's Got A Baby.mp3 (3,744,462 bytes)
FileName: Tupac - Fuck The World.mp3 (4,061,312 bytes)
FileName: Tupac - Hail Mary.mp3 (4,959,307 bytes)
FileName: Tupac - I Get Around.mp3 (4,156,494 bytes)
FileName: Tupac - Shorty Wanna Be A Thug.mp3 (3,700,992 bytes)
FileName: TuPac Featuring Big Pun, Biggie & Big L - Lost Souls (Remix).mp3 (6,811,446 bytes)
FileName: Tupac Shakur-2Pac- I ain't Mad At Ya.mp3 (4,700,160 bytes)
FileName: Anthrax & Public Enemy - Bring The Noise.mp3 (3,409,362 bytes)
FileName: Crime Mob - Crime Mob - 06 - Stilletos.mp3 (4,957,797 bytes)

FileName: Outcast- The way you move.mp3 (4,710,510 bytes)
FileName: Panic At The Disco - Its Time To Dance.mp3 (6,009,044 bytes)
FileName: Public Enemy - 911 Is A Joke.mp3 (3,155,523 bytes)
FileName: public enemy - by the time i get to arizona.mp3 (6,928,936 bytes)
FileName: Public Enemy - Can't Truss It.wma (5,198,694 bytes)
FileName: Public Enemy - Don't Believe The Hype.mp3 (5,109,968 bytes)
FileName: Public Enemy - Fight The Power.mp3 (4,535,335 bytes)
FileName: Public Enemy - Fuck The Police.mp3 (4,868,096 bytes)
FileName: Public Enemy - He Got Game.mp3 (4,568,706 bytes)
FileName: Public Enemy - Here Comes The Drums (Drum and Bass mix).mp3 (5,269,690 bytes)
FileName: Public Enemy - My 98 Oldsmobile.mp3 (3,909,634 bytes)
FileName: Public Enemy - Rebel without a pause.mp3 (4,830,020 bytes)
FileName: Public Enemy - Terminator X.mp3 (4,337,664 bytes)
FileName: Public Enemy - Welcome To The Terrordome.mp3 (5,214,936 bytes)
FileName: Public Enemy- He Got Game.mp3 (4,565,378 bytes)
FileName: 03 - Cucumber Slumber.mp3 (13,146,390 bytes)
FileName: 04 - Mysterious Traveller.mp3 (11,636,115 bytes)
FileName: 05 - Blackthorn Rose.mp3 (7,131,981 bytes)
FileName: 10 Slang (Bass Solo) (Live).mp3 (4,589,670 bytes)
FileName: Bob James - Keiko Matsui - Ever after (4 hand piano).mp3 (5,311,452 bytes)
FileName: bob james - Look-Alike.mp3 (5,329,902 bytes)
FileName: Boney James & Rick Braun - Cadillac Slim.mp3 (4,229,120 bytes)
FileName: Boney James & Rick Braun - Club Harlem.mp3 (4,882,432 bytes)
FileName: Boney James & Rick Braun - More Than You Know - .mp3 (4,393,119 bytes)
FileName: Emotional Weather Report.mp3 (3,646,693 bytes)
FileName: Five For Fighting NYC Weather Report.mp3 (8,236,251 bytes)
FileName: Instrumentals - Copywrite ft Cage - The Weather Report.mp3 (4,272,384 bytes)
FileName: Jaco Pastorius - Bass Solos - Weather Report - Slang .mp3 (4,319,312 bytes)
FileName: Jaco Pastorius - Birdland.mp3 (7,006,889 bytes)
FileName: Jaco Reggae.MP3 (5,696,587 bytes)
FileName: Rick Braun- Green Tomatoes.mp3 (5,052,795 bytes)
FileName: Smooth Jazz - David Sanborn.mp3 (6,236,704 bytes)
FileName: Smooth Jazz - Fourplay, Rick Braun, Boney James, Kirk Whalum & George Duke Watermelon Man.mp3 (9,098,008 bytes)
FileName: Weather Report - Birdland.MP3 (8,699,270 bytes)
FileName: Weather Report - Black Market - 01 - Black Market.mp3 (4,825,264 bytes)
FileName: Jerry Rivera - Nada sin ti.mp3 (4,373,245 bytes)
FileName: Jerry Rivera - Quiero (Salsa).mp3 (4,673,536 bytes)
FileName: marc anthony - mark anthony - contra la corriente salsa.mp3 (4,884,480 bytes)
FileName: marc anthony - Mark Antony I need to know.mp3 (3,645,857 bytes)
FileName: marc anthony - Mark Antony Ven Dimelo.mp3 (4,448,198 bytes)
FileName: Marco Antonio Solis (Mark Anthony) y La India - Vivir lo Nuestro.mp3 (5,847,302 bytes)
FileName: ohio players - funk classics - the 70s vol 2 - 00 - love rollercoaster.mp3 (4,645,014 bytes)
FileName: Ohio Players - Honey.mp3 (5,118,414 bytes)
FileName: Parliment & George Clinton - Dog Catcher.mp3 (4,091,786 bytes)
FileName: Parliment & Ohio Players - Give Up The Funk (Tear The Roof Off The Sucker)(1).mp3 (5,530,438 bytes)

FileName: Parliment & Ohio Players - Get Up/The Funk - Tear The Roof Off The Sucker).mp3 (8,330,438 bytes)
FileName: Parliment - Chocolate City.mp3 (5,450,204 bytes)
FileName: Parliment Funkadelic - Flashlight.mp3 (4,283,356 bytes)
FileName: Parliment Funkadelic - We Want the Funk.mp3 (5,483,334 bytes)
FileName: Rey Ruiz, Mark Anthony, Grupo Niche, Jerry Rivera, Gilberto Santa Rosa - Salsa Party Mix III (1).MP3 (11,215,241 bytes)
FileName: rey ruiz, mark anthony, grupo niche, jerry rivera, gilberto santa rosa - salsa party mix iii (1).mp3SALSA.mp3 (11,215,215 bytes)
FileName: Rey Ruiz, Mark Anthony, Grupo Niche, Jerry Rivera, Gilberto Santa Rosa - Salsa Party Mix III - Apr 01, 2005 11.06.22.mp3 (11,215,215 bytes)
FileName: Salsa - Mark Anthony - Salsa remixes.mp3 (5,525,504 bytes)
FileName: Snoop_Dogg_R&G_Rhythm_and_Gangsta_The_Masterpiece-20 - No Thang On Me feat. Bootsy Collins - R & G-mvp.mp3 (5,796,573 bytes)
FileName: Spanish - Rey Ruiz, Mark Anthony, Grupo Niche, Jerry Rivera, Gilberto Santa Rosa - Salsa Party Mix III.MP3 (11,215,599 bytes)
FileName: the ohio players - brick house.mp3 (3,306,057 bytes)
FileName: The Ohio Players - Fire.mp3 (3,374,646 bytes)
FileName: The Ohio Players - I Want to Be Free.mp3 (6,611,323 bytes)
FileName: The Ohio Players - Kanye West-The Samples (Vol 3 - Pride And Vanity (My Life).mp3 (6,281,416 bytes)
FileName: The Ohio Players - Sweet Sticky Thing.mp3 (6,010,757 bytes)
FileName: The Ohio Players Ecstacy - Jay-Z Brooklyn's Finest.mp3 (2,398,208 bytes)
FileName: the Ohio Players- Roller Coaster of Love.mp3 (2,797,568 bytes)
FileName: The Ohio Players_Heaven Must Be Like This (1).mp3 (3,423,796 bytes)
FileName: (Oldie) The Tempress - Love Between A Boy and Girl (Can Be So Wonderful).mp3 (5,226,697 bytes)
FileName: 01 More Of The Night.m4a (5,870,644 bytes)
FileName: 03 Mind Blowing.m4a (4,781,084 bytes)
FileName: 06 Whispers.mp3 (4,740,940 bytes)
FileName: 07 It Just Gets Better With Time.mp3 (4,331,520 bytes)
FileName: 14 - A Song For Donny.rmj (4,540,319 bytes)
FileName: Art Laboe's - Temprees - Love Between A Boy & Girl Can Be So Wonderful.mp3 (4,196,352 bytes)
FileName: Fourplay feat Chaka Khan & Philip Bailey & Phil Perry ~ Between The Sheets.mp3 (6,480,564 bytes)
FileName: Gerald Albright - Phil Perry jazz.wma (3,632,000 bytes)
FileName: I Can't Let Go - Lee Ritenour feat Phil Perry.mp3 (4,024,991 bytes)
FileName: Lee Ritenour & Phil Perry - Dreamwalkin'.mp3 (5,957,632 bytes)
FileName: Oldies - The Temprees - Love Can Be So Wonderful.mp3 (4,227,033 bytes)
FileName: Oldies - The Temprees - Out of my Reach -.mp3 (8,877,210 bytes)
FileName: Phil Perry - Call Me.mp3 (4,437,532 bytes)
FileName: phil perry - Groove With You.mp3 (4,286,132 bytes)
FileName: Phil Perry - Share My World (feat Will Downing).mp3 (3,012,754 bytes)
FileName: Phil Perry - Smooth Jazz.mp3 (4,678,027 bytes)
FileName: Profyle - Whispers in the Dark.mp3 (3,379,897 bytes)
FileName: Scars Of Tomorrow - Whispers In The Wind.mp3 (3,883,763 bytes)
FileName: Soul With A Capital 'S'.mp3 (4,882,560 bytes)
FileName: Spyro Gyra - Wiggle Room.mp3 (9,810,633 bytes)
FileName: Spyro Gyro-Speak easy.mp3 (1,751,040 bytes)
FileName: Temprees - Dedicated To The One I Love.mp3 (6,551,510 bytes)
FileName: Temprees - My Baby Love.mp3 (2,791,424 bytes)
FileName: Temprees - Out Of My Reach.mp3 (5,987,435 bytes)
FileName: The Temprees - 1000 Miles Away.mp3 (2,621,568 bytes)
FileName: The Temprees - 22 If I Could Say What's On My Mind.mp3 (4,276,224 bytes)

FileName: The Temprees - 27 Loving You Is So Easy.mp3 (3,742,601 bytes)
FileName: The Temprees - I'm for You, You for Me.mp3 (4,642,568 bytes)
FileName: The Temprees - Im For U You For Me.mp3 (4,630,117 bytes)
FileName: The Temprees - Love Can Be So Wonderful.mp3 (4,198,107 bytes)
FileName: The Temprees - Love's Maze - The Best Of The Temprees.mp3 (3,448,450 bytes)
FileName: The Temprees - Oh How It Hurts.mp3 (2,682,213 bytes)
FileName: The Temprees - Oh How It Hurts.wav (997,980 bytes)
FileName: The Whispers - And The Beat Goes On.mp3 (4,724,372 bytes)
FileName: The whispers - Chocolate Girl.mp3 (4,420,814 bytes)
FileName: The Whispers - I Only Meant to Wet My Feet.mp3 (2,181,895 bytes)
FileName: The Whispers - I Want To Know Your Name.mp3 (6,417,664 bytes)
FileName: The Whispers - I'm Gonna Make You My Wife.mp3 (7,156,968 bytes)
FileName: The Whispers - It Just Gets Better With Time.mp3 (4,331,520 bytes)
FileName: The Whispers - Olivia (Lost And turned Out).mp3 (5,946,307 bytes)
FileName: The Whispers - Rock Steady.Mp3 (4,987,926 bytes)
FileName: the whispers - Treat Her Like A Lady.mp3 (4,474,880 bytes)
FileName: Tower of Power - Clever Girl .mp3 (5,657,091 bytes)
FileName: Tower Of Power - Brick House.mp3 (3,257,121 bytes)
FileName: Tower of Power - Bump City.mp3 (2,101,632 bytes)
FileName: Tower of Power - Diggin' on James Brown.mp3 (4,481,024 bytes)
FileName: Tower of Power - Oakland Stroke.mp3 (1,061,495 bytes)
FileName: Tower of Power - Soul Vaccination.mp3 (5,016,066 bytes)
FileName: Tower Of Power - We Came To Play.mp3 (3,467,264 bytes)
FileName: Tower of Power - What is Hip.mp3 (4,937,352 bytes)
FileName: tower of power-Average White Band - Pick Up The Pieces.mp3 (3,837,740 bytes)
FileName: Whispers - And The Beat Goes On.mp3 (6,498,568 bytes)
FileName: Whispers - Love Is Where You Find It.mp3 (3,890,481 bytes)
FileName: Whispers in blindness.mp3 (4,011,230 bytes)
FileName: Whispers-In The Mood.mp3 (4,641,277 bytes)
FileName: Blue Magic - Sideshow.mp3 (4,074,984 bytes)
FileName: Blue Magic - Since You've Been Gone.mp3 (5,160,960 bytes)
FileName: Blue Magic - What's Come Over Me(3).mp3 (4,089,284 bytes)
FileName: Hardcastle, Paul & the Jazzmasters III - Down So Low.mp3 (4,947,051 bytes)
FileName: JAZZ - Paul Hardcastle & the Jazzmasters - Northern Lights.mp3 (5,351,424 bytes)
FileName: Jazzmasters - Lost Summer.mp3 (5,123,951 bytes)
FileName: Jazzmasters - New Dawn.mp3 (616,659 bytes)
FileName: Jazzmasters - Slomotion.mp3 (4,588,922 bytes)
FileName: Jazzmasters - Visions of Illusion.mp3 (3,602,428 bytes)
FileName: Paul Hardcastle & The Jazzmasters - Northern Lights.mp3 (5,414,193 bytes)
FileName: Paul Hardcastle & The Jazzmasters - Paradise Cove.mp3 (4,976,600 bytes)
FileName: Paul Hardcastle & The Jazzmasters - Puerto Banus.mp3 (3,485,369 bytes)
FileName: paul hardcastle & the jazzmasters - the jazzmasters - body heat.mp3 (5,603,328 bytes)
FileName: paul hardcastle & the jazzmasters 3 - nightcrawler.mp3 (4,503,552 bytes)
FileName: Paul Hardcastle & The Jazzmasters - Time 4 Living.mp3 (3,841,967 bytes)
FileName: Paul Hardcastle & The Jazzmasters - Ventura Highway.mp3 (3,842,048 bytes)

file:///V|/ISP/Individual%20Suits/Wave%2036C/SD%20NY/Maldonado.Maria%20-%20userlog%20-%20101923116.txt

FileName: Paul Hardcastle - The Jazzmasters 07 Lost Summer.mp3 (5,136,083 bytes)
FileName: Paul Hardcastle - The Jazzmasters I - Strollin'.mp3 (4,038,656 bytes)
FileName: Paul Hardcastle - The Jazzmasters II - 09 - Time To Move On.mp3 (4,974,270 bytes)
FileName: Paul Hardcastle - The Jazzmasters II - Summer Rain.mp3 (5,083,185 bytes)
FileName: Paul Hardcastle - The Jazzmasters II - Walkin' To Freedom.mp3 (4,671,449 bytes)
FileName: paul hardcastle - the jazzmasters iii - starchild.mp3 (3,514,055 bytes)
FileName: Paul Hardcastle - The Jazzmasters IV - 03 - Visions Of Illusion.mp3 (3,698,853 bytes)
FileName: Paul Hardcastle - The Jazzmasters IV - 10 - Quiet Groove.MP3 (8,669,294 bytes)
FileName: Paul Hardcastle -The Jazzmasters II- Slomotion.mp3 (4,619,386 bytes)
FileName: Smooth jazz-Paul Hardcastle & The Jazzmasters - Lost in Space.mp3 (4,706,604 bytes)
FileName: The Jazzmasters - Nightcrawler (1).mp3 (4,503,552 bytes)
FileName: AWB EWF Gladys Knight Teena Marie Maze Ohio Players O'Jay's WAR - The Cisco Kid.mp3 (4,199,408 bytes)
FileName: Bootsy Collins & George Duke - Dukey Stick.mp3 (5,902,547 bytes)
FileName: Bootsy Collins - Can't Stay Away.mp3 (5,241,080 bytes)
FileName: bootsy collins - i'd rather be with you.mp3 (4,757,888 bytes)
FileName: Bootsy Collins - Jungle Bass (disciples of funk).mp3 (4,022,823 bytes)
FileName: Bootsy Collins - Keep That Funk Alive (NBA Mix).mp3 (962,688 bytes)
FileName: Bootsy Collins - What's A Telephone Bill-.mp3 (4,332,102 bytes)
FileName: Bootsy Collins - Wind Me Up.mp3 (6,877,124 bytes)
FileName: Donald Byrd - Black Bird.mp3 (7,057,145 bytes)
FileName: Eddie Santiago - Tu me quemas.MP3 (4,851,712 bytes)
FileName: George Clinton & Parliment Funkadelic - Atomic Dog.mp3 (4,594,625 bytes)
FileName: George Clinton & Parliment Funkadelic - Get Off Your Ass And Jam.wav (21,636,660 bytes)
FileName: George Clinton & Parliment Funkadelic - Give Up The Funk.mp3 (5,521,368 bytes)
FileName: George Clinton & Parliment Funkadelic - One Nation Under A Groove.mp3 (7,154,172 bytes)
FileName: george clinton and parliment funkadelic - mothership connection (star child).mp3 (5,964,221 bytes)
FileName: George Clinton, Maceo Parker and Bootsy Collins - Instrumental Funk.mp3 (4,601,349 bytes)
FileName: George Clinton, Parliment Funkadelics - Chocolate City.mp3 (4,294,814 bytes)
FileName: Jerry Rivera - Cara De Nino.mp3 (4,756,578 bytes)
FileName: Jerry Rivera - Herida Mortal.mp3 (4,063,485 bytes)