# ROBINSON & COLE LLP

RICHARD J. GUIDA

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
rguida@rc.com
Direct (212) 451-2948

March 20, 2007

**MEMO ENDORSED**

*[handwritten endorsement]*

**By FACSIMILE**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Warner Bros. Records Inc., et al. v. Maria Maldonado</u>, No. 07-CV-00323-CM

Dear Judge McMahon:

We represent plaintiffs in the above-referenced case. On behalf of all the parties, I am writing to respectfully request a 60-day adjournment of the conference currently scheduled for March 23, 2007, as Plaintiffs have not yet been able to serve the Defendant with the Summons and Complaint.

After filing the Complaint in this case, Plaintiffs immediately engaged a process server, but attempts at service have been unsuccessful to date. Plaintiffs are currently completing an address investigation so that they may locate a current address for the Defendant and effect service before the May 16, 2007 service deadline. Once the Defendant has been served, Plaintiffs intend to contact her regarding the possibility of resolving this case. Plaintiffs believe all of this can be accomplished within 60 days.

In light of the foregoing, we respectfully request a 60-day adjournment of the March 23, 2007 conference. There have been no prior requests for an extension.

Respectfully submitted,

*Richard J. Guida* (signature)
Richard J. Guida

cc: Maria Maldonado
    180 South Street
    Apt. 14A
    New York, NY 10038-1418

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/07
```

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
www.rc.com

STAM1-833766-1