| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK** |

| | |
|---|---|
| WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL., <br> Plaintiff / Petitioner <br><br> vs. <br> MARIA MALDONADO <br> Defendant / Respondent | Cause #: 07 CV 323 <br><br> AFFIDAVIT OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; RULE 7.1 STATEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; INDIVIDUAL PRACTICES OF JUDGE MCMAHON; CONSENT TO PROCEED BEOFRE A U.S. MAGISTRATE JUDGE (2); 3RD. AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES ELECTRONIC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN <br><br> Hearing Date: <br> Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

**Posting**

On the date and time of 03/22/2007 AT 2:36 PM this affiant duly posted the above described documents, by then and there personally affixing _1_ true and correct copy(ies) thereof in a conspicuous place on the property known as:

**180 SOUTH ST APT. 14A NEW YORK, NY 10038**

1/22/07 @ 2133 - NO ANSWER
1/23/07 @ 0705 - NO ANSWER
1/24/07 @ 1010 - NO ANSWER
3/13/07 @ 9:53pm - NO ANSWER - LEFT NOTICE
3/22/07 @ 236pm - NO ANSWER - POSTED AT VERIFIED ADDRESS

NYC DCA Lic.
ALVIN D. GONZALEZ #1074694
_Printed Name of Process Server and Registration #_    _Server Signature_

Subscribed and sworn to before me this **MAR 22 2007**

A Notary Public in the State of NEW YORK
Residing at 1905 2ND AVE, #7A, NYC, NY 10029

ANGEL L. CRUZ
NOTARY PUBLIC, STATE OF NEW YORK
No. 01CR6016695
Qualified in New York County
Commission Expires 7-11-07

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4257577

**ORIGINAL PROOF OF SERVICE**         ROBINSON & COLE, LLP

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: MAR 2 2 2007

Service of Summons and Complaint was made by me [1]

NAME OF SERVER (PRINT) ALVIN J. GONZALEZ

TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ON 3/22/2007 AT 2:36 PM, THIS AFFIANT DULY POSTED DOCUMENTS BY PERSONALLY AFFIXING (TRUE AND CORRECT COPY(IES) THEREOF) IN A CONSPICUOUS PLACE ON THE PROPERTY KNOWN AS: 180 SOUTH STREET, APT. #14A, NEW YORK, NY 10038

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: MAR 2 2 2007
Dated

Signature of Server

1905 SECOND AVE., APT. #7A
NEW YORK, NY 10029
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

# Declaration of Mailing

## Docket Number: 07 CV 323

The undersigned hereby declares: that I, Angela Drew, am a citizen of the United States of America and am employed in the county of King, in the state of Washington.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on March 23, 2007, after service was made, I completed service by depositing a copy of the NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; RULE 7.1 STATEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; INDIVIDUAL PRACTICES OF JUDGE MCMAHON; CONSENT TO PROCEED BEOFRE A U.S. MAGISTRATE JUDGE (2); 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES ELECTRONIC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN, in a first class post paid envelope properly addressed at a US Post Office. The envelope bore the legend " **Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

MARIA MALDONADO
180 SOUTH ST
APT. 14A
NEW YORK NY 10038

That I declare under penalty of perjury of the state of New York, that the foregoing is true and correct.

That I executed this declaration on March 23, 2007 at Seattle, Washington.

_____
Declarant   Angela Drew