UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WARNER BROS. RECORDS, INC, ET.AL.,

        Plaintiffs,

    - against -                           **Notice of Appearance and Answer**

MARIA MALDONADO                      Case Number: 07 CV 323

        Defendant,
-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that the defendant, MARIA MALDONADO, hereby appears in this proceeding and that the undersigned have been retained as attorneys for defendant Maria Maldonado,

    **PLEASE TAKE FURTHER NOTICE,** that the defendant, by her attorneys, hereby interposes the following answer to the complaint as follows:

    1. Denies each and every allegation as it relates to defendant Maria Maldonado, contained in plaintiff's complaint.

    **WHEREFORE**, defendant requests that plaintiff's complaint be dismissed and for whatever further relief, the Court deems just and proper.

Dated: New York, New York        Yours, etc.,
       April 11, 2007

                                      MARY E. SHERIDAN, ESQ.
                                      FRANCISCO SANTIAGO, of Counsel(FS/9977)
                                      Attorneys for Defendant
                                      LEGAL SERVICES PLAN-LOCAL 237
                                      216 West 14th Street
                                      New York, New York  10011
                                      (212)924-1220

To: Robinson & Cole, LLP

Attorneys for Plaintiff
8885 Third Avenue, Suite 2800
New York, NY 10022-4834
Attn: Richard J. Guida (RG-5147)
(212) 451-2900