UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Warner Bros. Records Inc., et al.,

               Plaintiff(s),                       07 Civ. 00323 (CM) (DCF)

-against-                                      ORDER OF REFERENCE
                                                TO A MAGISTRATE JUDGE

Maria Maldonado,

               Defendant(s).

_____X

The above entitled action is referred to the Honorable Debra Freeman, United States Magistrate Judge for the following purpose(s):

✓ [Modified] General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Judge Freeman has no authority to extend the discovery deadline unless the parties stipulate to use her for all purposes

* Do not check if already assigned for general pretrial.

Dated: 5/18/2007
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____