RECEIVED
JUN - 1 2007
CHAMBERS OF
COLLEEN McMAHON

ROBINSON & COLE LLP

BRIAN E. MORAN

Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Main (203) 462-7500
Fax (203) 462-7599
bmoran@rc.com
Direct (203) 462-7512

Also admitted in New York

MEMO ENDORSED

May 31, 2007

***By Facsimile (914- 390-4152 & 212-805-6326)***
Hon. Colleen McMahon
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

6/1/07 Please submit a stipulation in the appropriate form and I will gladly sign it. CM

Re: **Warner Bros. Record Inc., et al. v. Maria Maldonado**
**Civil Action No.: 07-CV-00323-CM**

Dear Judge McMahon:

We represent plaintiffs in the above-referenced case. On behalf of all the parties, I am writing respectfully to advise the Court that the parties have stipulated to Magistrate Judge jurisdiction over all aspects of this case. Accordingly, the parties request that this case be assigned to Magistrate Judge Freeman for all purposes.

Respectfully submitted,

Brian E. Moran
*Counsel for Plaintiffs*

**Agreed to on behalf of Defendant**
Francisco Santiago
*Counsel for Defendant*

cc: Maria Maldonado
180 South Street
Apt. 14A
New York, NY 10038-1418

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA
*www.rc.com*

STAM1-838694-1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/07