

**MEMO ENDORSED**

# LEGAL SERVICES PLAN

### Teamsters Local 237 Welfare Fund

**216 WEST 14th STREET ● NEW YORK, N.Y. 10011 ● (212) 924-1220 ● FAX NO. (212) 647-9421**

Mary E. Sheridan
*Director*

July 17, 2007

*This matter should be placed on the court's suspense docket, pending lifting of the bankruptcy stay.*

**SO ORDERED:   DATE: 7/17/07**

**BY FACSIMILLE to (212) 805-4258**

Debra Freeman
United States Magistrate Judge
United States District Court/ Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007-1581

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

> Re:  **Warner Bros. Records, Inc. v. Maldonado**
>      **No. 07 Civ. 00323 (DF)**

Dear Judge Freeman:

Pursuant to my conversation with your court attorney, attached please find a Notice of Bankruptcy Case Filing (Case No. 07-12090) for our client, Maria Maldonado. As per my conversation with your court attorney, there is now an automatic stay in effect and the case management conference, scheduled for July 20, 2007 at 10:00 a.m, in the copyright infringement case currently pending before you and , should be stayed.

Opposing counsel, Richard J. Guida, Esq., is aware that this is a non-asset Chapter 7 filing and that there is an automatic stay in effect. He has advised me to contact your Honor and inform you of the bankruptcy filing so as to obviate the need for our appearance before you on July 20, 2007.

If you have any questions, please contact me. I thank you for your time and attention to this matter

Very truly yours,

Francisco Santiago
Staff Attorney

Enclosures.
cc. Richard J. Guida, Esq.
    Robinson & Cole, LLP
    Attorneys for Plaintiffs
    By Facsimile to 451-2999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07