UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|1|08
```

---------------------------------------------x
WARNER BROS. RECORDS INC., a Delaware
corporation; CAPITOL RECORDS, INC., a
Delaware corporation; UMG RECORDINGS, INC.,
a Delaware corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; and BMG MUSIC, a New York general
partnership,

         Plaintiffs,
   -against-

MARIA MALDONADO,

         Defendant.

---------------------------------------------x

Civil Action No.: 1:07-cv-00323-CM

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Filed Electronically

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, and Defendant MARIA MALDONADO, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

_/s/ Brian E. Moran_
Brian E. Moran (BM-8573)
Victor B. Kao (VK-6967)
ROBINSON & COLE LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

Attorneys for Plaintiffs

_/s/ Francisco Santiago_
Francisco Santiago
LEGAL SERVICES PLAN-LOCAL 237
216 West 14th St.
New York, NY 10011
Telephone: (212) 924-2000

Attorney for Defendant

#1315462 v1

1

4-1-08